COMMONWEALTH of Pennsylvania,
Respondent

v.

Shaheed WILLIAMS, Petitioner

No. 32 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Bobbie L. BROWN, Petitioner

No. 201 MAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

India SPELLMAN, Petitioner

No. 36 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Albert Victor RAIBER, Petitioner

No. 167 MAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**